IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDAL LONG,<br><br>Defendant. | Case No. 1:17-cr-0005-TMB-MMS<br><br>**FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

Upon Defendant's request to enter a guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure to Count 1 of the Indictment, this matter was referred to the Magistrate Judge by the District Court.

Thereafter, the matter came on for a hearing on Defendant's guilty plea, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record. A written consent of Defendant, counsel for Defendant, and counsel for the United States was subsequently filed at Docket 146 consenting to the Magistrate Judge presiding over the Proposed Change of Plea Hearing.

United States v. Long
1:17-cr-00005-TMB-MMS
Final R&R re Plea of Guilty
Page 1
Case 1:17-cr-00005-TMB-MMS   Document 148   Filed 05/10/19   Page 1 of 4

In consideration of that hearing, and the allocution made by the Defendant under oath, on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

**A.    I make the following FINDNGS – that the Defendant understands:**

1. That any false statements made by the Defendant under oath may later be used against him in a prosecution for perjury;

2. The right to persist in a plea of not-guilty;

3. The consequence of not being a United States citizen;

4. The nature of the charge(s) against him;

5. The loss of certain federal benefits since the charges include a drug crime;

6. The maximum possible sentence, including imprisonment, fine, and the effect of the supervised release term,

7. Any applicable mandatory minimum penalty;

8. The Court's authority to order restitution;

9. The Court's obligation to impose a special assessment;

10. Any applicable forfeiture;

11. The right to a speedy and public trial by jury;

12. The right to be represented by counsel – and if necessary to have the court appoint counsel- at trial and at every other stage of the proceedings;

13. The right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

14. The Defendant's waiver of trial rights if the Court accepts a guilty plea or nolo contendere;

15. That he knowingly, intelligently, and voluntarily waived his right to appeal or collaterally attack his conviction and any sentence imposed if it is within the range permitted by the plea agreement; and

16. That in determining a sentence, the court's obligation to calculate the applicable sentencing guideline range and to consider that range, possible departures under the Sentencing Guidelines, and possible variances pursuant to sentencing factors under 18 U.S.C. §3553(a).

B. **I further FIND that:**

1. The Defendant is competent to enter a plea;

2. That the plea of guilty by the Defendant has been knowingly and voluntarily made and is not the result of force, threats or coercion;

3. Any agreements or promises which induced the plea of guilty are set forth in the written plea agreement or on the record; and

4. That there is a factual basis for the Defendant's plea

C. **I RECOMMEND** that the District Court accept the Defendant's plea of guilty to the Indictment which charges Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Possession with the Intent to Distribute Methamphetamine.

D. **I FURTHER RECOMMEND** the Motion to Suppress Evidence at Docket 15 and Initial Report and Recommendation at Docket 50 be DISMISSED as moot with the District Court's acceptance of the Change of Plea.

**IT IS FURTHER ORDERED:**

E. A Presentence Report be prepared.

1. Any objection(s) to the presentence report shall be filed no later than fourteen (14) days after receiving the presentence report pursuant to Fed. R. Crim. P. 32(f)(1);

2. Any sentencing memorandum shall be filed no later than seven (7) business days prior to sentencing pursuant to D.AK. LCrR. 32.1(d);

The Sentencing hearing will be before United States District Judge Timothy M. Burgess. The court excludes time from April 16, 2019 until the time of sentencing pursuant to 18 U.S.C. §3161(h)(1)(G) on the ground that the District Judge will be considering the proposed plea agreement.

DATED this 10th day of May, 2019, at Anchorage, Alaska.

s/ Matthew M. Scoble
MATTHEW M. SCOBLE
United States Magistrate Judge

This Report and Recommendation is being issued as a Final Report and Recommendation. Pursuant to Fed. R. Crim P. 59(b)(3), any objections will be considered by the District Court Judge who will accept, reject, or modify the recommendation following de novo review. Any objections must be filed within fourteen (14) days from the date of service of this Report and Recommendation.

United States v. Long
1:17-cr-00005-TMB-MMS
Final R&R re Plea of Guilty
Page 4
Case 1:17-cr-00005-TMB-MMS   Document 148   Filed 05/10/19   Page 4 of 4